United States District Court
Southern District of Texas
**ENTERED**
November 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CLIFTON HENNINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:20-CV-67 |
| | § | |
| KIRT STIEFER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a state prisoner. Plaintiff Clifton Hennington is currently assigned to the George Beto Unit in Tennessee Colony, Texas. (D.E. 1). The events forming the basis for his lawsuit occurred there. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the George Beto Unit is located in Anderson County, Texas, and the Plaintiff is located there. All of the events about which Plaintiff complains occurred in

Anderson County, Texas, and the Defendants are located there. (D.E. 1). Anderson County is located in the Tyler Division of the Eastern District of Texas. 28 U.S.C. § 124(c)(1). There is no nexus to the Victoria Division of the Southern District of Texas. The interests of justice would be served by a transfer to the Tyler Division of the Eastern District of Texas.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Eastern District of Texas, Tyler Division.

ORDERED this 5th day of November, 2020.

Jason B. Libby
United States Magistrate Judge